IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EDWIN BONTRAGER,

    Plaintiff,

  v.

                                                             Case No. 20-cv-611-jdp

SAUK COUNTY REGISTER OF
DEEDS, BRENT BAILEY, AND SAUK
COUNTY CORPORATION COUNSEL,

    Defendants.

JUDGMENT IN A CIVIL CASE

      IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice.

| /s/ | 11/9/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |